MARK PARADISO ET AL. *v.* WILLIAM V. GAMBARDELLA, EXECUTOR (ESTATE OF FRANCES L. PARADISO), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 582, is denied.

*Jerome N. Goldstein,* in support of the petition.

*William V. Gambardella,* in opposition.

Decided June 12, 1991

STATE OF CONNECTICUT *v.* JOSEPH E. KING, JR.

The state of Connecticut's petition for certification for appeal from the Appellate Court, 24 Conn. App. 586, is denied.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in support of the petition.

*Albert J. McGrail,* in opposition.

Decided June 12, 1991

STATE OF CONNECTICUT *v.* EDWARD A. PERUTA

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 598, is denied.

*Steven R. Dembo,* in support of the petition.

*Jack W. Fischer,* deputy assistant state's attorney, in opposition.

Decided June 12, 1991

MARY M. SKIBECK, EXECUTRIX (ESTATE OF CHESTER J. SKIBECK) *v.* BARBARA R. AVON

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 239, is denied.

*John J. Kennedy, Jr.,* in support of the petition.

Decided June 20, 1991